## THE STATE v. WILEY GRAVETT, Appellant.

### Division Two, May 26, 1910.

**NO BILL OF EXCEPTIONS.** Where no bill of exceptions was filed, and there was no error in the record proper, the judgment of conviction will be affirmed.

Appeal from Dunklin Circuit Court.—*Hon. J. L. Fort,* Judge.

AFFIRMED.

*Elliott W. Major,* Attorney-General, and *John M. Dawson,* Assistant Attorney-General, for the State.

(1) The information is sufficient, and concisely presents the offense under section 1848, R. S. 1899. The assault is alleged to have been made with a pistol loaded with gunpowder and balls, and also a large knife. It was competent to charge the assault to have been committed by the use of more than one weapon. State v. Hottman, 196 Mo. 122; State v. Myers, 198 Mo. 258; State v. McDonald, 67 Mo. 13; State v. Thomas, 99 Mo. 235; Johnson v. State, 7 Mo. 183; State v. McDaniel, 94 Mo. 301. (2) November 15, 1907, at the regular November term of the Dunklin circuit court, defendant was granted ninety days, in vacation, to perfect and file his bill of exceptions, but the record proper does not show that said bill of exceptions was ever filed. The arraignment, plea of not guilty, the impaneling of the jury and their oath to try the cause, and judgment of sentence are all regular, in proper form, and the cause should be affirmed.

GANTT, P. J.—From a conviction in the circuit court of Dunklin county of an assault with intent to kill James F. Morrison and a sentence to two years' imprisonment in the penitentiary, the defendant appealed to this court. He was given ninety days after the November term, 1907, in which to file a bill of exceptions, but did not avail himself of this privilege and his appeal is here on the record proper alone.

The information is in all respects sufficient. He was duly arraigned and entered his plea of not guilty. The impaneling of the jury was in regular form and the verdict responds to the charge in the information. No error appearing, the judgment and sentence of the circuit court is affirmed. All concur.

